Nancy K. McCombs
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Enrique Marin Lopez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE MARIN LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant | ) Civil Action No. 4:17-cv-00534-KAW<br>)<br>) STIPULATED REQUEST EXTENDING<br>) TIME TO FILE MOTION FOR SUMMARY<br>) JUDGMENT OR REMAND AND<br>) P~~ROPOSE~~D ORDER.<br>) (Plaintiff's First Extension Request)<br>)<br>) |

    The parties request that Plaintiff shall have an additional 21 days, to and including June 28, 2017, in which to move for summary judgment. This is a change from the original date of June 7, 2017.

    (2) Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy workload. Defendant's response to Plaintiff's Motion for Summary Judgment will be due on July 26, 2017. Plaintiff's Reply brief, if necessary, will be due on August 9, 2017.

////

////

-1-

| | | | | |
|---|---|---|---|---|
| DATED: | 5/24/2017 | By: | /S/ *Nancy K. McCombs* | |
| | | | NANCY K. MCCOMBS,<br>Attorney for Plaintiff | |
| DATED: | 5/24/2017 | By: | */s/ Donna W. Anderson* | |
| | | | CAROLYN B. CHEN,<br>Attorney for Defendant | |

IT IS SO ORDERED:

| | | | |
|---|---|---|---|
| DATED: | 5/30/17 | By: | *Kandis Westmore* (signature) |
| | | | KANDIS A. WESTMORE<br>United States Magistrate Judge |